No. 98–7219.  BARTOLOTTA v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 98–167.  ARIZONANS FOR OFFICIAL ENGLISH ET AL. v. ARIZONA ET AL.  Sup. Ct. Ariz.  Motion of Arizona Legislators for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 98–433.  MERKLE, WARDEN v. SEIDEL.  C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 98–529.  FORD v. SCHERING-PLOUGH CORP. ET AL.  C. A. 3d Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 98–657.  STATE STREET BANK & TRUST CO. v. SIGNATURE FINANCIAL GROUP, INC.  C. A. Fed. Cir.  Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 98–736.  LIPCON ET AL. v. UNDERWRITERS AT LLOYD'S LONDON ET AL.  C. A. 11th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 98–6571.  HENRY v. WILLIAMSON ET AL.  C. A. 8th Cir. Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 98–534.  BRADY ET AL. v. DAVIS.  C. A. 6th Cir.  Motions of Michigan Municipal Risk Management Authority and Michigan Municipal League for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 98–600.  AT&T CORP. v. ANDERSON ET AL.  C. A. 6th Cir. Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 98–718.  HEATH v. BAXTER INTERNATIONAL ET AL.  C. A. 7th Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.